Argued November 18, 1948; decided December 2, 1948.

*Samuel W. Sherman, Edward Gettinger* and *Stanley M. Estrow* for appellants.

*J. Joseph Noble* for Commercial National Bank & Trust Company of New York and another, respondents.

*Lyon Boston, Stewart Maurice, Alfred L. Pitts* and *Walter S. Logan* for Federal Reserve Bank of New York and others, respondents.

*William B. Shelton* and *John J. O'Connor* for Title Guarantee and Trust Company of New York, respondent.

Judgments affirmed, with one bill of costs to respondents; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.